IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Delvin Lamont Shaw, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| N.D.S.P, Warden, James Sayler, | ) | Case No. 1:22-cv-047 |
| | ) | |
| Respondent. | ) | |

On October 24, 2022, the court issued an order directing Respondent to file an answer to Petitioner's habeas petition as supplemented. (Doc. No. 13). On November 30, 2022, Petitioner filed a motion requesting that the court fix a date by which Respondent has to file his answer. (Doc. No. 14).

The court **GRANTS** Petitioner's motion (Doc. No. 14). Respondent shall have until January 23, 2023, to file an answer or otherwise respond to Petitioner's habeas petition as supplemented.

**IT IS SO ORDERED.**

Dated this 5th day of December, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court